IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SHAHEED MUHAMMAD,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil No. **06-225-WDS** |
| | ) |
| **JERRY WITTHOFT, et al.,** | ) |
| | ) |
| Respondent. | ) |

### ORDER

**PROUD, Magistrate Judge:**

This matter is before the court for purposes of docket control.

Plaintiff's last known address is Menard Correctional Center. The last two mailings sent by the court to that address have been returned as undeliverable. **See, Docs. 8 & 10.**

It is plaintiff's responsibility to keep the court informed of his current address. **See, Doc. 9;** *Snyder v. Nolen*, 380 F.3d 279, 285 (7th Cir. 2004).

**Plaintiff is hereby ordered to notify the court of his current address within TEN days of the date of this order. Failure to do so will result in sanctions, which may include the dismissal of this case for failure to prosecute.**

IT IS SO ORDERED.

DATED: September 20, 2007.

s/ Clifford J. Proud
CLIFFORD J. PROUD
U.S. MAGISTRATE JUDGE